UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ISAIAH MCKINNLEY, *on behalf of himself*                   :
*and all other persons similarly situated*,                :
                                                           :
                              Plaintiff,         :         26-CV-1908 (VSB)
                                                           :
             -against-                           :         **ORDER**
                                                           :
PAIGE, LLC,                                                :
                                                           :
                              Defendant.         :
                                                           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: May 4, 2026
      New York, New York

                      Vernon S. Broderick
                      United States District Judge